## WHITE *v.* THE STATE.

SIMMONS, C. J. 1. An objection to evidence will not be considered when it does not appear that it was urged before the trial judge at the time the evidence was offered.

2. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 22,—Decided November 13, 1902.

Indictment for bastardy. Before Judge Hodnett. City court of Carrollton. August 23, 1902.

*James Beall* and *Oscar Reese,* for plaintiff in error.

*S. Holderness, solicitor,* and *Griffith & Weatherly,* contra.